United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARVIN WAYNE YOUNG,<br><br>　　　　Defendant. | Case No.  08-cr-00807-CW-1   (KAW)<br><br>**RELEASE ORDER AND MODIFICATION OF CONDITIONS PENDING RESOLUTION OF SUPERVISED RELEASE VIOLATION** |

**IT IS HEREBY ORDERED THAT** the defendant is released forthwith.  The conditions of supervised release imposed on May 20, 2009 are modified as follows:

1. The defendant shall not associate with any member of the North Richmond/Project Trojan gang. The defendant shall have no connection whatsoever with the North Richmond/Project Trojan or any other gang. If he is found to be in the company of such individuals or wearing the clothing, colors or insignia of the North Richmond/Project Trojan, or any other gang, the court will presume that the association was for the purpose of participating in gang activities.

2. The defendant shall not be in the vicinity of Sunset Market in North Richmond, and shall not loiter on the corners and intersections of 5th Street and Chesley Avenue, 5th Street and Grove Avenue, 6th Street and Grove Avenue, 6th Street and Chesley Avenue, Cherry Street and Alamo Avenue, 5th Street and Market, and Kelsey Street and Alamo Avenue.

3. All other conditions of supervision shall remain in effect.

Dated: March 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge