FILED

MAR -2 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. CR08-0807-CW-1 |
| v. | ORDER OF REMAND |
| MARVIN WAYNE YOUNG, | |
| Defendant. | |

The defendant having not appeared before the undersigned Magistrate Judge, IT IS HEREBY ORDERED that the above-named defendant, is hereby remanded to the custody of the U.S. Marshal, immediately.

Dated: March 2, 2017

KANDIS A. WESTMORE
United States Magistrate Judge