# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARVIN WAYNE YOUNG, JR., <br><br> Defendant. | Case No. 08-cr-0807 AMO (NC) <br><br> **DETENTION ORDER** <br><br> Hearing: 1/12/2026 |

    In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on January 12, 2026, held an in-person hearing to determine detention or release on supervisory conditions for defendant Young. Young is charged in this case with violating the terms of his supervised release. *See* Dkt. Nos. 154, 155, 156. The defendant appeared at the hearing with his CJA appointed counsel Melissa Lubin. Officer Ricard was present for U.S. Probation and requested detention.

    Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Young did not establish evidence to overcome this burden and the Court, on the present record, finds that the defendant presents an unmitigated risk of flight and

danger to the community if released. Of particular significance is Young's recent performance while on supervision. He was expelled from the RRC on a violation, did not report to Probation as instructed, and committed additional violent crimes while on supervision. Consequently, the Court orders the defendant to be detained.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Court set the next appearance for Feb. 2, 2026, 2:00 p.m. before the presiding District Judge Martinez-Olguin.

IT IS SO ORDERED.

Date: January 13, 2026

_____
Nathanael M. Cousins
United States Magistrate Judge