**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>vs.<br><br>MARVIN WAYNE YOUNG, JR.,<br><br>Appellant. | U.S.C.A. No.: 26-2439<br>U.S.D.C.No.:  CR-08-00807-AMO<br><br>**ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL** |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

Geoffrey Jones
773 Center Blvd., No. 69
Fairfax, CA 94930
(415)517-3569
gffjones@comcast.net

Appointing Judge: Hon. Judge Araceli Martínez-Olguín

5/15/2026
Date of Order

5/13/2026
Nunc Pro Tunc Date